Jeanne L. Zimmer (SBN 123321)
Zimmerj@cmtlaw.com
J. Grace Felipe (SBN 190893)
Felipeg@cmtlaw.com
CARLSON & MESSER LLP
5959 W. Century Boulevard, Suite 1214
Los Angeles, California 90045
(310) 242-2200 Telephone
(310) 242-2222 Facsimile

Attorneys for Defendant,
PERFORMANT RECOVERY, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN ASHLEY, an individual,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>PERFORMANT RECOVERY, INC., and DOES 1 through 10,<br><br>　　　　　Defendants. | Case No:<br><br>**NOTICE OF REMOVAL OF CIVIL ACTION BY DEFENDANT PERFORMANT RECOVERY, INC.**<br><br>[Los Angeles Superior Court Case No. 14K07847]<br><br>Filed concurrently with:<br>　• Civil Cover Sheet<br>　• Notice of Interested Parties<br><br>Action Filed: June 12, 2014 |

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA AND TO PLAINTIFF AND HER ATTORNEYS OF RECORD:

///

**PLEASE TAKE NOTICE** that Defendant, PERFORMANT RECOVERY, INC. ("PRI"), through its undersigned counsel, hereby removes the instant action from the Superior Court of the State of California, County of Los Angeles to the United States District Court for the Central District of California, pursuant to 28 U.S.C. § 1446(a).

## A. INTRODUCTION

1. The parties to this action are: Plaintiff BENJAMIN ASHLEY ("Plaintiff"), and Defendant PRI.

2. Upon information and belief, Plaintiff commenced this action on June 12, 2014 by filing an unverified Complaint in the Superior Court of California, County of Los Angeles, captioned *Benjamin Ashley v. Performant Recovery, Inc.* bearing case number 14K07847.

3. PRI was personally served with the Complaint, Summons and other related documents on June 23, 2014.  A true and correct copy of the Summons, Complaint and other documents served on PRI are attached hereto as Exhibit "A".

4. DCMA timely filed an Answer to Plaintiff's Complaint in the Los Angeles Superior Court on July 21, 2014.  PRI has not yet received a conformed copy of the Answer from the Court. A true and correct copy of PRI's Answer is attached as Exhibit "B" to this Notice.

/ / /

/ / /

5. As Defendant received Plaintiff's Complaint on June 23, 2014, Defendant files this notice of removal within the 30-day time period required by 28 U.S.C. §1446(b), and as extended via FRCP 6. See *Wells v. Gateways Hosp. & Mental Health Ctr.*, 1996 U.S. App. LEXIS 2287 at *2 (9th Cir. Cal. Jan. 30, 1966).

## B. BASIS FOR REMOVAL

6. Removal is proper because Plaintiff's Complaint involves a federal question. 28 U.S.C. §§1331, 1441(b); *Long v. Bando Mfg. of Am., Inc.*, 201 F.3d 754, 757-58 (6th Cir. 2000); *Peters v. Union Pac. R.R.*, 80 F.3d 257, 260 (8th Cir. 1996). Specifically, Plaintiff has alleged claims that arise under 15 U.S.C. §1692, *et seq.* and 47 U.S.C. § 227(b)(1)(A)(iii) for alleged violations of the Fair Debt Collection Practices Act. It is therefore an action of which this Court has original jurisdiction under 28 U.S.C. §1331, and may be removed to this Court by PRI pursuant to the provisions of 28 U.S.C. §1441(a). This Court also has supplemental jurisdiction over Plaintiff's state claims pursuant to 28 U.S.C. §1367.

7. The Superior Court of California, Los Angeles County, is located within the Central District of California. Therefore, venue for the purpose of removal is proper in this district under 28 U.S.C. §1446(a) because this district and division embrace the place where the removed action has been pending.

8. In accordance with 28 U.S.C. §1446(a), copies of all process, pleadings, orders, and other filings in the state court action are attached as Exhibits to this Notice.

9.  In accordance with 28 U.S.C. §1441(b), a copy of this Notice is being served upon counsel for Plaintiff and a copy is being filed with the Clerk of the Central District of California. PRI will promptly file a copy of this Notice of Removal to Plaintiff and the state court.

### C. JURY DEMAND

10.  Plaintiff demands a jury in the state court action.  Defendant also demands a jury trial.

### D. CONCLUSION

11.  Defendant respectfully requests removal of this action as it involves a federal question under the Fair Debt Collection Practices Act, 15 U.S.C. §1692.

DATED: July 23, 2014                    CARLSON & MESSER LLP

                                        By: /s/ J. Grace Felipe
                                        David J. Kaminski
                                        J. Grace Felipe
                                        Attorney for Defendant,
                                        PERFORMANT RECOVERY, INC.