UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BENJAMIN ASHLEY,**<br><br>    Plaintiff,<br><br>    vs.<br><br>**PERFORMANT RECOVERY, INC.**<br><br>    Defendant. | CASE NO.: 2:14-cv-05719-DMG-PLA<br><br>**ORDER RE: DISMISSAL OF ENTIRE ACTION AND ALL PARTIES WITH PREJUDICE, PURSUANT TO FED.R.CIV.P. 41(a)(1)**<br>**[12]** |

The Court has reviewed the Stipulation of Plaintiff BENJAMIN ASHLEY and Defendant PERFORMANT RECOVERY, INC. to dismiss with prejudice the above-entitled action, in its entirety. Pursuant to the parties' Stipulation:

The above-entitled lawsuit is hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). The Parties shall bear their own costs and expenses.

**IT IS SO ORDERED.**

DATED:   October 22, 2014

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE